IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-01198-ZLW-MJW

AMAZIGH HADJIH, a minor, by and through his parent and next friend, TONY HADJIH, and
TONY HADJIH, individually,

    Plaintiffs,

v.

EVENFLO COMPANY, INC., a Delaware Corporation,

    Defendant.

## ORDER DISMISSING CASE WITHOUT PREJUDICE

This matter comes before the Court on a Stipulation Of Dismissal Without Prejudice (Doc. No. 8).  There being no objection, it is

ORDERED that this case is dismissed without prejudice with each party to pay their or its own attorney's fees and costs.

DATED at Denver, Colorado, this __4__ day of September, 2007.

                    BY THE COURT:

                    *Zita L. Weinshienk*
                    _____
                    ZITA L. WEINSHIENK,  Senior Judge
                    United States District Court